

U.S. Department of Justice

*United States Attorney*

*Eastern District of Pennsylvania*

*J. Jeanette Kang*
*Direct Dial: (215) 861-8204*
*Facsimile: (215) 861- 8618*
*E-mail Address: jeanette.kang@usdoj.gov*

*615 Chestnut Street*
*Suite 1250*
*Philadelphia, Pennsylvania 19106-4476*
*(215) 861-8200*

May 13, 2024

U.S. District Court Clerk's Office
Criminal Division
2609 United States Courthouse
601 Market Street
Philadelphia, PA 19106

    Re:    <u>United States v. Charlena West 23-CR-003</u>

Dear Clerk:

    Please unimpound the Indictment in regard to the above-captioned case. The Indictment was filed on January 6th, 2023.

    Very truly yours,

    JACQUELINE C. ROMERO
    United States Attorney


    /s/ J. Jeanette Kang
    J. JEANETTE KANG
    Assistant United States Attorney